Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of TEXAS
SOUTHERN Division

United States Courts
Southern District of Texas
FILED

OCT 13 2023

Nathan Ochsner, Clerk of Court

ALBERTO E. RODRIGUEZ

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

JOBETH DENISE EVERETT

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ALBERTO E. RODRIGUEZ |
   | Street Address | 2410 WIND HOLLOW DRIVE |
   | City and County | NUECES CORPUS CHRISTI |
   | State and Zip Code | TEXAS 78414 |
   | Telephone Number | 210-995-9941 |
   | E-mail Address | DIDOTHEWRAITH@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | JOBETH DENISE EVERETT |
| Job or Title *(if known)* | CONSTRUCTION |
| Street Address | 4829 CARROLL LANE |
| City and County | NUECES CORPUS CHRISTI |
| State and Zip Code | TEXAS 78415 |
| Telephone Number | 361-402-9560 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | RUDOLFO SOLIS JR |
| Job or Title *(if known)* | UNEMPLOYED |
| Street Address | 4829 CARROLL LANE |
| City and County | NUECES CORPUS CHRISTI |
| State and Zip Code | TEXAS 78415 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | KAITLYN JEANETTE BARGER |
| Job or Title *(if known)* | NOTARY PUBLIC SECRETARY OF THE STATE |
| Street Address | NOTARY COMMISSION PO BOX 13375 |
| City and County | TRAVIS AUSTIN |
| State and Zip Code | TEXAS 78711-337 |
| Telephone Number | 512-469-5705 |
| E-mail Address *(if known)* | https://www.sos.state.tx.us/contact.shtml |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question             ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* ALBERTO E. RODRIGUEZ, is a citizen of the State of *(name)* TEXAS.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* JOBETH DENISE EVERETT, is a citizen of the State of *(name)* TEXAS. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MY HOME ON 4829 CARROLL LANE IN CORPUS CHRISTI, TX. VALUED OVER $150,000 is the following described real property and premises, situate in Nueces County, State of Texas, to wit:

Lot: Twenty-Five (25) block (11)
Central Park Edition, Unit #2 and Addition to the City of corpus Christi, Texas According to the Map Record of the Plat in Volume 16 page 23 of the map record of Nueces County, Texas.
Physical Address: 4829 Carroll Lane, Corpus Christi, Texas 78415

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

SEE THE NOTICE AND EXIBITS ATTACHED

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Jobeth D. Everett to deed my house on 4829 carroll Ln, Corpus Christi, TX. transferred back to my name.the following described real property and premises, situate in Nueces County, State of Texas, to wit:

Lot: Twenty-Five (25) block (11)
Central Park Edition, Unit #2 and Addition to the City of corpus Christi, Texas According to the Map Record of the Plat in Volume 16 page 23 of the map record of Nueces County, Texas.
Physical Address: 4829 Carroll Lane, Corpus Christi, Texas 78415

She owes me $1400 month since she started living there and had made this a voidable deed by not even giving me any money. I want $300 for having to pay rent RENTsomewhere elsebeside my home on carroll lane.also, because I cant go home, phone $140 monthly let the court termine punitive damages $10.000. mental angush. the notary to admit I was not present and the deed Jobeth D. Everett prepared is a fraudulent deed. All I want is my house thaat my father build for our family and for Jobeth to pay what is owed to me. my childrem and I are diplaced 2 of them and live in a small bedroom. which my daughter is 10 years old and my son is 5 years old, my other two chuildren live with grand parents.I just want me home so I can have a home for my children. I never signed the hous over to Jibeth D. Everett

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/11/2023

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address