# UNITED STATE DISTRICT COURT
# SOUTHERN COURT OF TEXAS
# CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

DEC 1 1 2023

Nathan Ochsner, Clerk of Court

CAUSE: 2:32-CV-00259

Alberto E Rodriguez

VS

Jobeth D. Everett

## MOTION FOR DISMISSAL OF COMPLAINT

NOW COMES THE PLANTIFF ALBERTO E. RODRIGUEZ in the above
numbers. I do not wish to proceed with the civil case above and hereby withdrawal
my complaint. To file in a lower court without prejudice.

Subscribed and sworn by me on the ___7___ day of ___December___ 2023.

_____

ALBERTO E. RODRIGUEZ